**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-6136**

————————————

CARLITO CABANA,

                                        Plaintiff - Appellant,

        versus

THOMAS R. CORCORAN, Warden; COMMISSIONER OF
CORRECTIONS; DR. WRIGHT, Medical Department,

                                        Defendants - Appellees,

        and

STEPHEN DWIMOH, Dentist, Medical Department;
CHARLES KIMBROW, Nurse,

                                        Defendants.

————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-00-
1048-AMD)

————————————

Submitted:  March 22, 2001          Decided:  March 30, 2001

————————————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Carlito Cabana, Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland; Philip Melton Andrews, Michael Joseph Lentz, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlito Cabana appeals the district court's order dismissing certain defendants from his suit under 42 U.S.C. § 1983 (1994).  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2